UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VIJAYKUMAR GOPALAKRISHNAN and SHRUTHI VENKATARAMAN,

Plaintiffs,

vs.

EQUIFAX INFORMATION SERVICES, LLC., et al.,

Defendants.

NO. C26–1028RSL

ORDER OF DISMISSAL

It having been reported to the Court on September 23, 2026, that the above cause has been settled, and no final order having yet been presented, NOW, THEREFORE,

IT IS ORDERED that this cause be and the same is hereby DISMISSED. This dismissal shall be without prejudice to the right of any party upon good cause shown within sixty (60) days hereof to reopen this cause if the reported settlement is not consummated.

DATED this 23rd day of September, 2026.

Robert S. Lasnik
United States District Judge