Honorable Judge Robert S. Lasnik

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION**

| | |
|---|---|
| VIJAYKUMAR GOPALAKRISHNAN and SHRUTHI VENKATARAMAN,<br><br>Plaintiffs,<br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC,<br><br>Defendants. | **Case No.: 2:26-cv-01028-RSL**<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

Upon review of the Parties' Stipulation for extension of time to file dismissal of Defendant Experian Information Solutions, Inc., and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The Parties shall have until January 7, 2027 to file with the Court the Stipulation of Dismissal with Prejudice as to Defendant Experian Information Solutions, Inc.

**IT IS SO ORDERED.**

Dated: November 24, 2026

Robert S. Lasnik
United States District Judge